143 A.3d 890

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gregory BRAGG, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 4, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of August 2016, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

(1) Should the mandatory minimum sentence imposed by the trial court under 42 Pa.C.S.A. § 9714 be vacated, and this matter remanded for a new sentencing hearing, due to the fact that § 9714 is unconstitutional as currently drafted?

This matter is consolidated with *Commonwealth v. Macklin,* 288 MAL 2015 and *Commonwealth v. Sachette,* 973 MAL 2015 for oral argument.

Justice WECHT did not participate in the consideration or decision of this matter.